IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-07-434 |
| BP PRODUCTS NORTH AMERICA INC. | § | |

## ORDER

The day after this court assumed that the issue of the asserted violations of the CVRA was fully briefed – the victims and the government having both filed briefs in addition to those requested and allowed at the February 4, 2008 hearing – the victims filed a 15-page reply that raised additional arguments. The government may file a surreply. This issue will then be fully addressed and no further briefs should be submitted.

SIGNED on February 13, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge