IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-434 |
| | § | |
| | § | |
| BP PRODUCTS NORTH AMERICA INC. | § | |

TO ALL COUNSEL OF RECORD:

Professor Beloof of the Lewis & Clark Law School has requested my "permission to file an amicus curaie brief in the 5th Circuit in support of the victim's position in that case." I have no position on his request and defer to the Fifth Circuit.

SIGNED on March 4, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge