IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 4:07- CR- 434 |
| | ) | |
| BP PRODUCTS NORTH AMERICA, INC, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO SUPPLEMENT RECORD

The United States of America, by and through Tim Johnson, Acting United States Attorney for the Southern District of Texas, Mark McIntyre, Assistant United States Attorney, John C. Cruden, Acting Assistant Attorney General, and Daniel W. Dooher, Senior Trial Attorney ("the Government"), moves this honorable Court for permission to supplement the record with exhibits.  In support of the Motion, the government states the following.

On March 12, 2009, this Court approved the plea agreement executed between the Government and defendant BP Products North America Inc. ("BP").  Dkt No. 127.   The Plea Agreement was filed with the Court on the same date.  The Plea Agreement included four (4)  Exhibits: Exhibit 1, Corporate Resolution; Exhibit 2, Settlement Agreement executed between BP and OSHA; Exhibit 3, Agreed Order executed between BP and Texas Commission for Environmental Quality; Exhibit 4, Joint Statement of Facts.   Exhibits 2-4 have been previously submitted with other pleadings, *see* Join Motion of the United States and Defendant BP Products North  America Inc. for Order Waiving Presentence Report, Docket No. 8, as well

1

as referenced by this Court in its March 12, 2009 Memorandum and Order accepting Defendant

BP's guilty plea.

Review of the docket reports indicates that the Exhibits 1-4 do not appear to be attached

with the Plea Agreement at this time.  Therefore, to ensure completeness, the Government is

submitting the Exhibits to be attached to the Plea Agreement at this time.  Defendant BP has no

objection to this motion.

WHEREFORE, the Government respectfully requests that the Court grant this motion.

An Order for the Court's signature is attached.

Respectfully submitted,


By: /S/ Mark McIntyre_____          By: /S/ Daniel W. Dooher_____
    Mark McIntyre                                 Daniel W. Dooher
    Assistant United States Attorney              Senior Trial Attorney
    Southern District of Texas                    Environmental Crimes Section

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of

record via the Court's CM/ECF system on this the 21st day of  May, 2009.


/S/ Mark McIntyre_____

Mark McIntyre

Assistant United States Attorney