# Vinson&Elkins

Carol E. Dinkins  cdinkins@velaw.com
**Tel** 713.758.2528  **Fax** 713.615.5311

September 10, 2010

Honorable Lee H. Rosenthal
United States District Judge
Southern District of Texas
515 Rusk Avenue
Houston, Texas  77002

Re:     *United States v. BP Products North America Inc.*, 4:07-cr-434, SD TX

Dear Judge Rosenthal:

On behalf of our client, BP Products North America Inc., by this letter we advise the Court that BP Products agrees with the position of the United States, as set forth in its letter to you of September 8, 2010, that the conditions of BP Products' referenced Settlement Agreement with OSHA also are conditions of BP Products' probation under the Plea Agreement in the above-referenced case.

Sincerely,

Carol Dinkins

Carol E. Dinkins
S.D. Texas Admission No. 1060

US 542006v1

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Palo Alto  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
**Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**